# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                       Civil Action No.  1:15-cv-10143-JMF

JOHN DOE subscriber assigned IP address
72.227.133.60,

    Defendant.

                                                  /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"), through his counsel, Nicholas Ranallo, Attorney at Law.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 72.227.133.60.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 2, 2016                              Respectfully submitted,

                                                     By:    /s/ *Jacqueline M. James*
                                                     Jacqueline M. James, Esq.
                                                     jjameslaw@optonline.net
                                                   The James Law Firm PLLC
                                                   445 Hamilton Avenue
                                                   Suite 1102
                                                   White Plains, New York 10601
                                                   Telephone:  914-358-6423
                                                   Facsimile:   914-358-6424

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By:  /s/ *Jacqueline M. James*     
                                                          Jacqueline M. James